

**John D. Kinard**
**District Clerk**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 12:16:31 PM
CHRISTOPHER A. PRINE
Clerk

**December 04, 2015**

**First Court of Appeals**
**Christopher A. Prine, Clerk of Court**
**301 Fannin, 2nd floor**
**Houston, TX 77002-2066**

## NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 09-FD-1574,** Styled **In Re: In the Interest of a Child/ren-** Filed in **306th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the **Department of Family and Protective Services** Court of Appeals, Houston, Texas.

Please note the following information:
**Date of Appealable Order or Judgment: 08/17/2015**
**Notice of Appeal:  11/16/2015**
**Motion for New Trial filed: None Filed**
**Request for Finding of Facts and Conclusions of Law filed:  09/03/2015**
**Trial Judge: Anne B. Darring**
**Court Reporter: Mary Kate Piper**

Request is hereby made that all **parties immediately file any designation** of material to be included in the Clerk's record. Any 'Motions for Extension of Time' to file the record on appeal must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record.

Sincerely,

**John D. Kinard**, District Clerk
Galveston County, Texas

By: /s/  **Sara Redmond,** Deputy

*600 59th Street, Room 4001, P. O. Box 17250, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424*

Copy sent to:


Kathleen Collins
Attorney For : Erica Davenport, Appellant
2228 Mechanic Street, Suite 312-313
Galveston, TX 77550
kcollins@galvestonlaw.net
emailed


Cynthia T. Cameron
Attorney for: Chris Herring Davenport, II
602 Sawyer, Suite 700
Houston, TX 77007
cindy@cindycameronlaw.com
emailed


Mary Kate Piper
Court Reporter  for 306th District Court
600 59th Street, Suite 3304
Galveston, TX 77551
Hand Delivered

Filed: 11/16/2015 2:32:49 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 7845871
By: Linda Packard
11/16/2015 3:20:11 PM

## NO. <u>09-FD-1574</u>

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| **K.D.** | § | **306th JUDICIAL DISTRICT** |
| | § | |
| **A CHILD** | § | **GALVESTON COUNTY, TEXAS** |

### NOTICE OF APPEAL

This Notice of Appeal is filed by Erica Davenport, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.     The trial court, cause number, and style of this case are as shown in the caption above.

2.     The judgment or order appealed from was signed on August 17, 2015.

3.     Erica Davenport desires to appeal from the portion of the Court's judgment as follows:

a.     The amount of child support ordered to be paid by the Respondent to Petitioner. The amount of child support ordered by the court varies from the amount computed by applying the percentage guidelines under Section 154.125 or 154.129;

b.     The possession and access schedule ordered by the court. The possession and access schedule ordered by the court

1

significantly varies from the standard possession order under section 153 of the Texas Family Code; and

    c.    The award of specific rights and duties of parent managing conservators, specifically the order from the court awarding each parent the independent right to consent to medical, dental and surgical treatment involving invasive procedure and to consent to psychiatric and psychological treatment;

4.    This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.    This notice is being filed by Erica Davenport.

6.    This is an accelerated appeal.    This is not a parental termination case or a child protection case.

Respectfully submitted,

Kathleen Collins and Associates, LLP
2228 Mechanic Street
Suite 312- 313
Galveston, TX 77550
Tel: (409) 763-8616
Fax: (713) 864-0797

Kathleen Collins

Digitally signed by Kathleen Collins
DN: cn=Kathleen Collins, o=The Collins Law Office, ou, email=KCOLLINS@GALVESTONLAW.NET, c=US
Date: 2015.11.16 14:22:05 -06'00'

By:_____
Kathleen Collins
State Bar No. 04613232

kcollins@galvestonlaw.net
Attorney for Petitioner

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

**Party:  Chris Davenport**

Lead attorney:  Cynthia Cameron

Cynthia T. Cameron
Attorney at Law, P. C.
Address of service:
602 Sawyer, Suite 700
Houston, Texas 77007
Tel: (713) 868-6051
Fax: (713) 868-6054

Annette M. Henry
The Henry Law Firm, P.C.
701 N. Post Oak Rd, Suite 615
Houston, Texas  77024
Tel: (713) 236-1818
Fax: (281)768-2439


Method of service:  by fax

Date of service:  November 16, 2015

3



Kathleen Collins

Digitally signed by Kathleen Collins
DN: cn=Kathleen Collins, o=The Collins Law Office,
ou, email=KCOLLINS@GALVESTONLAW.NET, c=US
Date: 2015.11.16 14:21:48 -06'00'

Kathleen Collins
Attorney for Petitioner